SMITH et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 14, 1909.) No. 106 (5,270). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 168 Fed. 462. B. A. Levett, for importers. D. Frank Lloyd, Deputy Ass't. Atty. Gen., for the United States. Before COXE, WARD, and NOYES, Circuit Judges.

PER CURIAM. We agree fully with the conclusions reached by the Board and the Circuit Court, and deem it unnecessary to add anything to their opinions. The decision is affirmed.

---

TEXAS & P. RY. CO. v. ELDER–DEMPSTER SHIPPING, Limited. ELDER–DEMPSTER SHIPPING, Limited, v. TEXAS & P. RY. CO. (Circuit Court of Appeals, Fifth Circuit, February 1, 1910.) No. 1,899. Appeal from the District Court of the United States for the Eastern District of Louisiana. W. W. Howe, W. B. Spencer, and Esmond Phelps, for appellant and cross-appellee. Henry P. Dart, for appellee and cross-appellant. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. In the collision of the steamship Monarch and the transfer boat L. S. Thorne, both vessels were unquestionably in fault. The Monarch was in fault in not sooner observing the Thorne, which, was well lighted up, and whose port light showed on her starboard bow, and then in not complying with the starboard rule. The L. S. Thorne was in fault in not renewing her signal of leaving her dock after the Corsair passed down, and in not keeping a competent lookout, whereby the Monarch would have been sooner seen, her signals heard and answered, and a collision probably avoided. In the peculiar state of the pleadings and proof, the court below properly refused demurrage to both parties. We think the decree appealed from does substantial justice between the parties, and it is therefore affirmed. The costs of this court to be divided.

---

UNITED STATES v. J. S. JOHNSON & CO. SAME v. MAURER. (Circuit Court of Appeals, Second Circuit. December 7, 1909.) Nos. 43, 44 (5,153, 5,154). Appeals from the Circuit Court of the United States for the Southern District of New York. For decision below, see 166 Fed. 1002. D. Frank Lloyd, Deputy Asst. Atty. Gen., for the United States. Walden & Webster (Howard T. Walden, of counsel) for importers. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. These cases are controlled by Johnson v. U. S. (C. C.) 143 Fed. 915, affirmed by this court 152 Fed. 164, 81 C. C. A. 416, and Dudley v. U. S., 153 Fed. 881, 82 C. C. A. 627. The additional amount of sugar found in the packages now under consideration has apparently had no effect, except to produce a sweeter flavor. Decision affirmed.